UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| RICKEY GLEN CAMPBELL, )<br>)<br>          Plaintiff, )<br>)<br>  v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>          Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 2:17-CV-10-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 22]. In sum, plaintiffs motion for judgment on the pleadings [D.E. 17] is DENIED, defendant's motion for judgment on the pleadings [D.E. 19] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on August 3, 2018, and Copies To:**
Branch W. Vincent, III                                    (via CM/ECF electronic notification)
Peter A. Heinlein                                          (via CM/ECF electronic notification)

DATE:                                        PETER A. MOORE, JR., CLERK
August 3, 2018                          (By) /s/ Nicole Sellers
                                                 Deputy Clerk